IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-587-FL

| CHOICE HOTELS INTERNATIONAL, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| CAROLINA SUN HOSPITALITY, LLC, KHALID DURRANI and FARRAH KHALID | ) | |
| Defendants | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before September 15, 2019.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 1st day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge